UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKY L. KING | CIVIL ACTION |
| VERSUS | NO. 11-2798 |
| N. BURL CAIN, WARDEN | SECTION "H" (6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Ricky L. King for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 20th day of March, 2012

JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**